

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2020

No. 04-20-00305-CV

**IN THE INTEREST OF A.K.P., A CHILD,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01650
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On August 26, 2020, because there was no signed, final order in the underlying case, we dismissed this appeal for want of jurisdiction. On August 31, 2020, Appellant timely filed a motion for rehearing. *See* TEX. R. APP. P. 49.1. The court requests that the Department file a response to Appellant's motion. *See id.* R. 49.2.

If the Department chooses to file a response, it must file the response, or a motion for extension of time to file a response, within SEVEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court